**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Wind Turbine Industries Corp.,<br><br>    Plaintiff,<br><br>v.<br><br>Jacobs Wind Electric Company, Inc.,<br><br>    Defendant. | Civil Action No.: 09-cv-00036 MJD/SRN |

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Wind Turbine Industry Corp. ("WTIC") hereby requests an extension of time to respond to Defendant Jacobs Wind Electric Company, Inc.'s ("JWEC") Motion for Partial Summary Judgment. Based on the circumstances described in the accompanying papers filed with this motion, WTIC respectfully requests that the deadline for WTIC to respond to Jacobs' motion be extended to Friday, October 16, 2009.

Date: October 7, 2009

/s/William D. Schultz
John A. Clifford, # 134181
William D. Schultz #323482
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081
jclifford@merchantgould.com
wschultz@merchantgould.com

*Attorneys for Plaintiff and Counter-Defendant Wind Turbine Industries Corp.*