# EXHIBIT 3

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 73272221 | **Filing Dt:** 07/29/1980 | **Reg #:** 1206629 | **Reg. Dt:** 08/24/1982 |

**Registrant:** Jacobs Wind Electric Company
**Mark:** JACOBS

**Assignment: 1**

| | | | |
|---|---|---|---|
| **Reel/Frame:** 0611/0093 | **Received:** | **Recorded:** 07/25/1988 | **Pages:** 2 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** JACOBS WIND ELECTRIC COMPANY
**Exec Dt:** 12/15/1986
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** WIND TURBINE INDUSTRIES CORPORATION
16801 INDUSTRIAL CIRCLE SOUTHEAST
PRIOR LAKE, MINNESOTA 55372
**Entity Type:** CORPORATION
**Citizenship:** MINNESOTA

**Correspondent:** MOSS & BARNETT
1200 PILLSBURY CENTER
200 SOUTH SIXTH STREET
MINNEAPOLIS, MN 55402

Search Results as of: 10/16/2009 12:03 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT