UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

Wind Turbine Industries Corp.,

      Plaintiff,                                                File No. 09-CV-00036 (MJD/SRD)

v.

Jacobs Wind Electric Company, Inc.,

      Defendant,
_____

DEFENDANT'S MOTION FOR CLARIFICATION OR TO EXTEND TIME
_____

TO: Plaintiff Wind Turbine Industries Corp. and its attorneys, William Schultz and John A. Clifford, Esq., Merchant & Gould, P.C., 3200 IDS Center, Minneapolis, MN 55402

Defendant Jacobs Wind Electric Co., Inc. hereby requests an Order clarifying the Court's October 8, 2009 Order or in the alternative granting an extension of time for the Defendant to file a reply to the Response of Wind Turbine Industries Corp. Based on the facts in the papers accompanying this Motion, the Defendant respectfully requests that the time for Jacobs Wind to file a reply be extended to Friday, October 30, 2009.

Dated this 20th day of October, 2009.

                                                            *s/ Jon Erik Kingstad*
                                                            Jon Erik Kingstad #189170
                                                           Lake Elmo State Bank Building, Suite 260
                                                           600 Inwood Avenue North
                                                           Oakdale, MN 55128

                                                           Phone: (651)-731-0892

Scott A. Daniels
N.H State Bar No. 14001
scott@danielspatentlaw.com
Daniels Patent Law, PLLC
43 Centre Street
Concord, NH 03301
(603)226-8610 (general line)
(603)226-8611(fax)

COUNSEL FOR DEFENDANT AND
COUNTER-PLAINTIFF