# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 09-36 (MJD/SRN)

Wind Turbine Industries Corp.,

**NOTICE**

v.

Jacobs Wind Electric Company, Inc.

---

Defendant's Motion for Partial Summary Judgment  [32] scheduled for

Friday, November 13, 2009 at 9:00 a.m. in the Devitt Courtroom located in the St.

Paul Federal Courthouse has been moved to begin at 10:00 a.m. Please feel free to

call me if you have any questions regarding this matter.

Dated: November 10, 2009

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Chief Judge Michael
J.Davis