## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Wind Turbine Industries Corp., | ) |
| Plaintiff, | ) Civil Action No.: 09-cv-00036 MJD/SRN |
| v. | ) |
| Jacobs Wind Electric Company, Inc., | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2009, I caused the following:

1. Plaintiff Wind Turbine Industries Corp.'s Surreply to Defendant's Motion for Partial Summary Judgment; and

2. Plaintiff's Local Rule 7.1 Certification;

3. Declaration Of William D. Schultz In Support Of Plaintiff Wind Turbine Industries Corp.'s Surreply to Defendant's Motion for Partial Summary Judgment with Exhibits 19-20;

4. Certificate of Service

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following attorneys of record in this case:

Jon Erik Kingstad
Attorney at Law
Lake Elmo Bank Building, Suite 260
Oakdale, MN 55128
Email - kings011@tc.umn.edu


Dated: November 20, 2009                                    s/William D. Schultz
                                                                             William D. Schultz