UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wind Turbine Industries Corp.,

    Plaintiff,

v.                                          ORDER
                                            Civil No. 09-36 (MJD/SRN)

Jacobs Wind Electric Company, Inc.,

    Defendant.

_____

    William D. Schultz and John A. Clifford, Merchant & Gould, Counsel for Plaintiff.

    Jon Erik Kingstad, Counsel for Defendant.

_____

A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for settlement purposes in this matter.

Accordingly, **IT IS ORDERED** that:

Hon. James M. Rosenbaum (ret.) is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, Civil No.09-cv-36, Wind Turbine Industries Corp. v. Jacobs Wind Electric Company, Inc.

    a.    The special mater is empowered to call such meetings of the parties

as deemed necessary to promote meaningful settlement discussions.

    b.    Parties shall contact Hon. James M. Rosenbaum as soon as possible.

>Hon. James M. Rosenbaum
>JAMS
>333 S. Seventh St.
>Ste. 2550
>Minneapolis, MN 55402-2470
>Phone: 612-332-8225, Fax 612-332-9887
>e-mail: jrosenbaum@jamsadr.com

    c.    The special master shall be compensated at the rate of $800.00 per hour.  Compensation of the special master shall be apportioned as follows:  50% shall be paid by Plaintiff and 50% shall be paid by Defendant.

Dated: March 18, 2011

                                      s/ Michael J. Davis
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court